IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

FRANK LEE FRANKLIN
ADC # 087441                                                                PLAINTIFF

V.                          2:09-cv-00161-BSM-JJV

T. CODY, Disciplinary Hearing Officer, East
Arkansas Regional Unit, Arkansas Dept. of Correction;
LATHAN ESTER, Disciplinary Hearing Officer, East
Arkansas Regional Unit, Arkansas Dept. of Correction;
GREG HARMON, Warden, East Arkansas Regional Unit,
Arkansas Dept. of Correction; JAMES GIBSON,
Disciplinary Hearing Administrator, East Arkansas
Regional Unit, Arkansas Dept. of Correction; and
LARRY NORRIS, Director, Arkansas Dept. of Correction        DEFENDANTS

## JUDGMENT

Consistent with the order entered today this case is DISMISSED WITHOUT PREJUDICE. Further, pursuant to 28 U.S.C. § 1915(a)(3), it is hereby certified that an *in forma pauperis* appeal taken from this judgment and the accompanying order would not be taken in good faith.

DATED this 21st day of January, 2010.

_____
UNITED STATES DISTRICT JUDGE